Case 3:24-cv-00047   Document 11   Filed on 03/25/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 25, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| TIMOTHY LUNSFORD AND MELISSA LUNSFORD | § § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | 3:24-cv-47 |
| U.S. BANK NATIONAL ASSOCIATION, *et al.*, | § § § | |
| Defendants. | | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On March 25, 2024, the plaintiffs filed a notice of voluntary dismissal as to its claims against all defendants, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Dkt. 10.

Accordingly, it is hereby **ORDERED** that all claims asserted by the plaintiffs against the defendants in the above-captioned and numbered lawsuit are **DISMISSED WITHOUT PREJUDICE** to refiling.

Each party to bear its own attorneys' fees and costs.

Signed on Galveston Island this 25th day of March, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE